UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

JUSTIN DONALD, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.

VECTOR MARKETING CORPORATION,

     Defendant.

)
)
)
)
)
)
)
)
)

Case No. 4:17-cv-02372-CDP

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT OR IN THE ALTERNATIVE STAY THE ACTION PENDING ARBITRATION

Pursuant to Federal Rule of Civil Procedure 12, Defendant Vector Marketing Corporation ("Vector") respectfully moves this Court for an order (i) compelling Plaintiff to arbitration and (ii) either dismissing Plaintiff's Complaint with prejudice, or alternatively staying the Complaint pending arbitration.  In support of its motion, Vector states:

1.     Plaintiff formerly provided services to Vector under a series of independent contractor agreements and alleges: that Vector failed to (i) properly pay and misclassified him and others similarly situated as independent contractors, rather than employees, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and (ii) properly pay him for time he allegedly worked, in violation of the Missouri Minimum Wage Law ("MWL"), Mo. Rev. Stat. § 290.500 *et seq.*

2.     Vector has filed a brief and declaration in support of this motion to compel arbitration.  Vector incorporates both in this motion.

For the foregoing reasons, Vector moves the Court for an order (i) compelling Plaintiff to arbitration; (ii) either dismissing Plaintiff's Complaint with prejudice, or alternatively staying

this action pending arbitration; and (iii) awarding Vector any other relief this Court deems just and proper.

Respectfully submitted,

HUSCH BLACKWELL LLP

By:   *Andrew J. Weissler*
      Andrew J. Weissler, #64229
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105
      Telephone: (314) 480-1500
      Facsimile: (314) 480-1505
      aj.weissler@huschblackwell.com

*Attorneys for Defendant*

Doc #01-3068280.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, if any, on September 14, 2017.

*/s/ Andrew J. Weissler*